1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MARTINEZ-REYES

6

7

8
                   IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11
   UNITED STATES OF AMERICA,          )    No. CR 06-00770 JW
12                                     )
                   Plaintiff,          )    **STIPULATION TO SCHEDULE AN**
13 v.                                  )    **APPEARANCE FOR CHANGE OF**
                                       )    **PLEA**
14 UZZIEL MARTINEZ-REYES,              )
                                       )
15                 Defendant.          )
   _____)
16

17         Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, that this matter be calendared for an appearance on February 05,

19 2007 at 1:30 p.m before the Honorable James Ware for a change of plea.

20

21 Dated: 01/29/07                    _____/s/_____
                                       NICHOLAS P. HUMY
22                                     Assistant Federal Public Defender

23 Dated:  02/01/07                   _____/s/_____
                                       JOSEPH FAZIOLI
24                                     Assistant United States Attorney

25
                               **ORDER**
26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 06-00770 JW                    1

1      The parties have jointly requested an appearance before the Honorable James Ware on

2  February 05, 2007 at 1:30 p.m. to enter a change of plea.

3      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the appearance is

4  scheduled for February 05, 2007 at 1:30 p.m.

5

6

   Dated:    2/2/2007

7      ~~RONALD M. WHYTE~~  JAMES WARE

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 04-20193 RMW                    2